# LAW OFFICE OF GILBERT J. SCUTTI
31 Station Avenue
Somerdale, NJ 08083
gjsesq@gmail.com

Member of New Jersey (No. 039441990) & Pennsylvania Bar (No. 10037)

Ph/Fax: (856) 751-5300
Cell: (609) 870-5427

December 7, 2018

*ORDER*

via ECF

Honorable Douglas E. Arpert
United States Magistrate Judge
Trenton, NJ

Re: United States v. Quiana Welch
Magis. No. 18-1535 (DEA)

Dear Judge Arpert:

Ms. Quiana Welch is seeking Your Honor's approval to attend the funeral of her first cousin, Shaela Johnson, who was murdered on November 27th.

As the attached obituary demonstrates, the funeral is tomorrow at 11 a.m. at Trinity United Methodist Church, which is located at 1985 Pennington Avenue in Ewing.

Ms. Welch seeks permission to leave her home at 9:30 a.m. and return at 2:30 p.m. *granted*

Respectfully,

Gilbert J. Scutti

cc: AUSA Day (via ECF and electronic transmission)
Pretrial Services (via electronic transmission)

So Ordered –
*[signature]* USMJ.